UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAGNUM GLOBAL VENTURES INC., et al.,

        Plaintiffs,

- against -

CAMERON GILES,

        Defendant.

18cv9021 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close this case. Any request to reopen the case should be made by **February 14, 2020**.

SO ORDERED.

Dated:    New York, New York
            January 9, 2020

                                    John G. Koeltl
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-10-2020