USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/17/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGNUM GLOBAL VENTURES, INC. and
ELLIS C. REED a/k/a ELI REED,

                              Plaintiffs,

               v.

CAMERON GILES, p/k/a CAM'RON, and
JOHN DOES 1-10,

                              Defendants.

Case No. 1:18-cv-09021 (JGK)

## ORDER

Pursuant to the conference with the Court dated June 8, 2020, plaintiffs Magnum Global

Ventures, Inc. ("Magnum") and Ellis C. Reed ("Eli Reed," collectively with Magnum, "Plaintiffs")

and defendant Cameron Giles ("Defendant"):

1.    On or before **June 22, 2020**, Defendant shall submit to the Court confirmation from a

      representative of Defendant's record label (the "Guarantor") confirming that the Guarantor

      will make full payment of the remaining $45,000 owed to Plaintiffs, plus $7,500 in

      attorney's fees, all at an interest rate of 9%, accruing as of March 31, 2020, to Plaintiffs on

      or before March 31, 2021 (the "Confirmation");

2.    Alternatively, if Defendant does not submit the Confirmation to the Court by June 22,

      2020, then:

      a.   On or before July 6, 2020, Giles shall produce to Plaintiffs his tax returns from 2018

           and 2019; and

      b.   On or before July 6, 2020, Giles shall file with the Court a letter with at least three

           dates before July 20, 2020 when Giles will be available to personally participate, with

his counsel, in a call with the undersigned.

SO ORDERED.

Dated: June 17, 2020

Robert W. Lehrburger
United States Magistrate Judge