```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAGNUM GLOBAL VENTURES, INC., et al.,

                       Plaintiffs,

       - against -

CAMERON GILES,

                      Defendant.
-------------------------------------------------------------X

18 Civ. 09021 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By order dated June 17, 2020 (Dkt. 52), Defendant was to file either (1) by June 22, 2020, a confirmation of guaranty, or (2) by July 6, 2020, a letter providing at least three dates before July 20, 2020, when Defendant will be available to personally participate in a call with the Court.  Neither item has been filed on the docket.  Accordingly, no later than July 16, 2020, Defendant shall comply with the June 17, 2020 order.  Failure to do so may result in monetary or other sanctions.

                                    SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated:     July 13, 2020
             New York, New York

Copies transmitted to all counsel of record.